**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Arne SOREIDE, Defendant–Appellant.**

**No. 13–13573**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 21, 2015.

Kathleen Mary Salyer, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, Antonia J. Barnes, U.S. Attorney's Office, Carol E.A. Degraffenreidt, Attorney General's Office, West Palm Beach, FL, Neil Karadbil, U.S. Attorney's Office, Jeffrey A. Neiman, Law Offices of Jeffrey A. Neiman, Fort Lauderdale, FL, for Plaintiff–Appellee.

Faith Mesnekoff, Faith Mesnekoff, PA, Miami, FL, for Defendant–Appellant.

Arne Soreide, Fort Dix, NJ, pro se.

Before WILLIAM PRYOR, JORDAN and EDMONDSON, Circuit Judges.

PER CURIAM:

Faith Mesnekoff, appointed counsel for Arne Soreide in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Soreide's sentence is **AFFIRMED.**